

# Fourth Court of Appeals
## San Antonio, Texas

August 22, 2018

No. 04-18-00501-CV

Cecilia A. **SANCHEZ**,
Appellant

v.

Vicky Brigida **ESQUIVEL** & Javier Esquivel,
Appellees

From the Justice Court, Pct. 1, Place 1, Val Verde County, Texas
Trial Court No. SC18-009
Honorable Jim Bob Barrera Senior, Judge Presiding

## ORDER

In accordance with this court's opinion of this date, the appeal is DISMISSED FOR LACK OF JURISDICTION. Costs of the appeal are taxed against appellant.

It is so **ORDERED** on August 22, 2018.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of August, 2018.

_Keith E. Hottle_
Keith E. Hottle, Clerk of Court